Michael EDWARDS,
Petitioner–Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent–Appellant.

No. 54134.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 20, 1988.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Jefferson City, for respondent-appellant.

Charles H. Billings, St. Louis, for petitioner-respondent.

ORDER

PER CURIAM.

Appeal from a final order of the Circuit Court of St. Louis County, reinstating driving privileges previously revoked pursuant to RSMo Section 302.505.1.

Judgment affirmed.   Rule 84.16(b)(4).